**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1314**

———————

EPHRAIN RELIFORD, JR.,

Plaintiff - Appellant,

versus

DALE COUNTY DEPARTMENT OF HUMAN RESOURCES;
CHRISSIE N. BOYD; DALE COUNTY, Alabama,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (CA-98-3625-3-17BC)

———————

Submitted:  May 13, 1999          Decided:  May 18, 1999

———————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ephrain Reliford, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ephrain Reliford, Jr., a South Carolina inmate, appeals the district court's orders dismissing his civil action under 28 U.S.C.A. § 1915A(b)(1) (West Supp. 1998) and denying his motion to reconsider. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Reliford v. Dale County Dep't of Human Resources, No. CA-98-3625-3-17BC (D.S.C. Feb. 4 & 26, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* The motion for reconsideration from which Reliford appeals was filed on February 25 and entered on the district court's docket on February 26, 1999, and the order appealed from was filed on February 3 and entered on the district court's docket on February 4, 1999, in accordance with Fed. R. Civ. P. 58 and 79(a). See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).